**274**

354 U.S. 939, 77 S.Ct. 1402

**J. C. REYNOLDS** and Agnes M. Reynolds, Husband and Wife, petitioners, v. Raymond V. LENTZ and Shirley Lentz, Husband and Wife, et al. No. 1066.

Supreme Court of the United States.

June 24, 1957.

Bailey E. Bell, for petitioners.

Edward V. Davis, for respondents Lentz.

Ralph E. Moody, for respondents Bank of Homer and others.

J. Earl Cooper, for respondents Anderson and others.

Petition for writ of certiorari to the United States Court of Appeals of the Ninth Circuit.

Denied.